IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------     :
UNITED STATES OF AMERICA                             :
                                                     :   CASE NO.   5:05-CR-207
                                      Plaintiff      :
                                                     :
              -vs-                                   :
                                                     :
ALFREDA WATTS                                        :   ORDER ACCEPTING PLEA AGREEMENT
                                                     :   AND JUDGMENT AND NOTICE OF
                                      Defendant      :   HEARING
------------------------------------------------     :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Patricia A. Hemann regarding the change of plea hearing and plea agreement of Alfreda Watts which was referred to the Magistrate Judge with the consent of the parties.

On 27 April 2005, the government filed a three-count indictment against Alfreda Watts for conspiracy to commit mail fraud and false statements, in violation of 18 U.S.C. § 371, 18 U.S.C. § 1341, and 18 U.S.C. § 2. On 5 April 2006, a hearing was held in which Alfreda Watts entered a plea of not guilty and waived the reading of the indictment before Magistrate Judge Nancy A. Vecchiarelli. On 31 October 2006, Magistrate Judge Hemann received Alfreda Watts's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a

finding of guilty entered. Magistrate Judge Hemann filed her R&R on 1 November 2006.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Alfreda Watts is found to be competent to enter a plea. She understands her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Alfreda Watts is adjudged guilty of Counts One, Two and Three, in violation of 18 U.S.C. § 371, 18 U.S.C. § 1341, and 18 U.S.C. § 2.

Sentencing will be:

**8 January 2007 at 2:00 p.m.**

**Courtroom 19-A**
**19th Floor, United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**

IT IS SO ORDERED.


Dated: 21 December 2006  /s/Lesley Wells
UNITED STATES DISTRICT JUDGE